IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-50306
1:11-CV-144

FILED
SEP 27 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

TWIN CITY FIRE INSURANCE COMPANY,

    Plaintiff - Appellee

v.

ILLINOIS NATIONAL INSURANCE COMPANY,

    Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, Austin

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of September 24, 2012, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 24, 2012

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
200 W. 8th Street
Room 130
Austin, TX 78701

    No. 12-50306, Twin City Fire Ins Co. v. Illinois National Ins Co.
        USDC No. 1:11-CV-144

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc w/encl:
    Mr. Mark C. Clemer
    Mr. Matthew J. Kita
    Mr. James H. Moody III
    Ms. Marcie Lynn Schout
    Mr. Michael D. Williams